IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TIFFANY JONES PERRYMAN                      PLAINTIFF

v.                                 CASE NO. 5:23-CV-32-DCB-LGI

MIDLAND CREDIT MANAGEMENT, INC.               DEFENDANT

### AGREED ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte* on the agreement of the parties to dismiss the above-referenced action with prejudice and with each party to bear its respective costs and attorneys' fees. It is, therefore,

ORDERED AND ADJUDGED that the above-referenced action be, and is hereby, dismissed with prejudice and with each party to bear its respective costs and attorneys' fees.

SO ORDERED AND ADJUDGED this the 8th day of January, 2024.

_____
DISTRICT COURT JUDGE

AGREED AS TO FORM AND CONTENT:

_____
Jessica McLaurin (MSB No. 104814)
McLaurin Legal Counsel
665 S. Pear Orchard Road, Suite 106-710
Ridgeland, MS 39157
Telephone: (601) 480-7815
jmclaurin@mclegalcounsel.com
Attorney for Plaintiff

_____
Jonathan P. Dyal, Esq. (MSB No. 99146)
Balch & Bingham LLP
1310 Twenty-Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
jdyal@balch.com
Attorney for Defendant